No. 345. FENZEL, TRUSTEE, *v.* FENSTERWALD ET AL. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Ohio, and motion for leave to proceed further *in forma pauperis,* denied. *Maud L. Fenzel, pro se.*

No. 509. BARTON ET AL. *v.* PHELAN COMPANY. October 13, 1941. Petition for writ of certiorari to the Court of Appeal, 1st Circuit, of Louisiana, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Julius T. Long* for petitioners. *Mr. Charles A. McCoy* for respondent.

No. 530. ROBERTS *v.* PRATT ET AL. October 13, 1941. Petition for writ of certiorari to the Court of Appeals of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Sam Roberts, pro se.*

No. 531. PULLEN *v.* SUN LIFE INSURANCE Co. October 13, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Samuel W. McCart* for petitioner.